UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| NELSON WYNN,<br><br>        Petitioner,<br><br>    v.<br><br>A. HEDGPETH,<br><br>        Respondent. | Case No. EDCV 08-1793 CAS (AJW)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), the Supplemental Report and Recommendation of Magistrate Judge ("Supplemental Report and Recommendation") and petitioner's objections. The Court accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

DATED: May 31, 2016

*Christina A. Snyder*
_____
Christina A. Snyder
United States District Judge