UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| NELSON WYNN, | ) | No. EDCV 08-1793-CAS (AJW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| A. HEDGPETH, | ) | |
| Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: May 31, 2016

_____
Christina A. Snyder
United States District Judge

-1-